ANNIE SHELLEY, Respondent, *v.* THE WESTCHESTER LIGHTING COMPANY, Appellant.

*Shelley* v. *Westchester Lighting Co.*, 139 App. Div. 690, affirmed.
(Argued January 23, 1912; decided February 13, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 19, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover penalties under section 62 of the Transportation Corporations Law (Cons. Laws, ch. 63) for the alleged unlawful shutting off of the supply of gas to plaintiff's premises.

*Odell D. Tompkins* for appellant.

*John Brooks Leavitt* and *Taylor More* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

CLARENCE STILES, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY et al., Respondents.

*Stiles* v. *International Railway Co.*, 140 App. Div. 920, affirmed.
(Argued January 24, 1912; decided February 13, 1912.)

APPEAL from a judgment, entered October 27, 1910, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new

trial and directing judgment for defendants upon the nonsuit at the Trial Term in an action to recover for personal injuries alleged to have been sustained through the negligence of defendants.

*Joseph A. Wechter* for appellant.

*Roscoe R. Mitchell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.